| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Collins, Daniel P. | 2. Court or Organization Bankruptcy Court Arizona | 3. Date of Report 06/19/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

230 N. 1st Avenue, Suite 601
Phoenix, Arizona 85003

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Arizona Law School Board of Visitors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/19/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2014 | May, Potenza, Baran & Gillespie, P.C. -- receivables payout | $32,720.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Mountain View Family Physicians, PLLC --- K-1 income from medical practice |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 4/24/14 to 4/27/14 | Washington, DC | Speaker at 32nd Annual Spring Meeting | Transportation, meals, hotel |
| 2. | American Bankruptcy Institute | 9/4/14 to 9/6/14 | Las Vegas, NV | Speaker at 22nd Annual SW Bankruptcy Conference | Transportation, meals, hotel |
| 3. | National Conference of Bankruptcy Judges | 10/7/14 to 10/11/14 | Chicago, IL | 2014 Annual Conference | Hotel |
| 4. | American Bankruptcy Institute | 12/4/14 to 12/6/14 | La Quinta, CA | Speaker at 2014 Winter Leadership Conference | Transportation, meals, hotel |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 06/19/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Gonzaga University | College tuition | K |
| 2. University of Southern California | College tuition | K |
| 3. Loyola Marymount College | College tuition | K |
| 4. Xavier College Preparatory | High School tuition | K |
| 5. Brophy College Preparatory | High School tuition | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Mountain View Family Physicians, PLLC-- Medical practice | | None | J | W | | | | | |
| 2. | 401K #1 | E | Int./Div. | O | T | | | | | |
| 3. | -- Oppenheimer Funds-Cash Reserves | | | | | | | | | |
| 4. | -- Oppenheimer Funds -Value Fund | | | | | | | | | |
| 5. | -- Oppenheimer Funds-Rising Dividends Fund | | | | | | | | | |
| 6. | -- Oppenheimer Funds-Discovery Fund | | | | | | | | | |
| 7. | -- Oppenheimer Funds-Small and MidCap Value Fund | | | | | | | | | |
| 8. | -- Oppenheimer Funds-International Diversified Fund | | | | | | | | | |
| 9. | -- Oppenheimer Funds-Global Strategic Income Fund | | | | | | | | | |
| 10. | -- Oppenheimer Funds-Real Estate Fund (X) | | | | | | | | | |
| 11. | -- Oppenheimer Funds-Capital Income Fund | | | | | | | | | |
| 12. | -- Oppenheimer Funds-Equity Income Fund | | | | | | | | | |
| 13. | 401K #2 | E | Int./Div. | N | T | | | | | |
| 14. | -- Schwab Investor Money Fund | | | | | | | | | |
| 15. | -- Income and Growth ETF Fund 35 | | | | | | | | | |
| 16. | Allianz--Bonus Dex Annuity | A | Int./Div. | K | T | | | | | |
| 17. | Allianz--Accumulator Bonus Maxx Annuity | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1 | D | Int./Div. | L | T | | | | | |
| 19. -- RBC Dain Rauscher Cash and Money Market Fund (Y) | | | | | | | | | |
| 20. --Templeton Fund Select Shares (X) | | | | | | | | | |
| 21. -- AllianceBernstein Discovery | | | | | | | | | |
| 22. -- Eaton Vance Dividend Builder | | | | | | | | | |
| 23. -- Fidelity Advisors New Insights C Fund | | | | | | | | | |
| 24. -- Franklin Income FDS | | | | | | | | | |
| 25. -- Ivy Asset Strategy Fund | | | | | | | | | |
| 26. -- Templeton Global Bond Fund | | | | | | | | | |
| 27. IRA #2 | B | Int./Div. | K | T | | | | | |
| 28. -- Fidelity Advisors New Insights C Fund | | | | | | | | | |
| 29. -- Templeton Select Shares Money Market Fund | | | | | | | | | |
| 30. IRA #3 (SEP IRA) | C | Int./Div. | L | T | | | | | |
| 31. -- Franklin Income Class C Fund | | | | | | | | | |
| 32. --Jennison Natural Resources Fund | | | | | | | | | |
| 33. IRA # 4 | D | Int./Div. | M | T | | | | | |
| 34. -- Vanguard -WellingtonAdmiral Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Vanguard -Windsor II Admiral Fund | | | | | | | | | |
| 36. IRA #5 | D | Int./Div. | M | T | | | | | |
| 37. -- Vanguard-WellingtonAdmiral Fund | | | | | | | | | |
| 38. -- Vanguard -Windsor II Admiral Fund | | | | | | | | | |
| 39. Athene--Retirement Annuity | A | Int./Div. | K | T | | | | | |
| 40. JP Morgan Chase Bank--savings and checking accounts | A | Interest | L | T | | | | | |
| 41. Janus Fund | D | Int./Div. | M | T | | | | | |
| 42. Janus Fund | E | Distribution | K | T | | | | | |
| 43. Fidelity-Unique 2012 Fund | C | Distribution | | | Sold | 11/06/14 | L | B | |
| 44. Vanguard - 500 Index Fund | B | Int./Div. | J | T | | | | | |
| 45. Vanguard 529 Plan | E | Int./Div. | N | T | Buy | 01/03/14 | N | | |
| 46. -- Mid-Cap Index | | | | | | | | | |
| 47. -- Small-Cap Index | | | | | | | | | |
| 48. --Total International Stock Index | | | | | | | | | |
| 49. --Value Index | | | | | | | | | |
| 50. American Funds | D | Int./Div. | M | T | | | | | |
| 51. -- Growth Fund of America 529C | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/19/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Merrill Lynch-MILM Equity Portfolio S Fund | B | Int./Div. | K | T | | | | | |
| 53. Franklin Templeton-Aged Based Growth Asset Allocation 13-16 | B | Int./Div. | K | T | | | | | |
| 54. Arizona Bank & Trust | A | Interest | M | T | | | | | |
| 55. Health Savings Account | | None | J | T | | | | | |
| 56. Fidelity -- AZ Aggressive Growth | C | Int./Div. | L | T | Buy | 01/03/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/19/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Response to Gary A. Fenner correspondence dated June 1, 2015. The wrong report (Initial Report - Report Period 1/1/12 to 2/28/13) was used as a base in preparing the Annual Report for 2014. As a result, the information contained in the 2014 Annual Report was incorrect. The Amended Annual Report for 2014 has now been corrected and the information contained is accurate.

Paragraph 2: Parts IV and V have been corrected. The reimbursements for 2014 have been listed in Part IV. No gifts were received in 2014.

Paragraph 3: Part VII, UBS Financial-American Funds Inv Co and Fidelity Adv Gro Op was not owned in 2013 (see 2013 Annual Report dated 05/12/2014).
Part VII, JP Morgan Chase Bank - Savings and Checking Accounts has been reported at Line 40.

Paragraph 4: Part VII, UBS Financial-American Funds Inv Co and Fidelity Adv Gro Op was not owned in 2013 (see 2013 Annual Report dated 05/12/2014).

Paragraph 5: Part VII, UBS Financial-American Funds Inv Co and Fidelity Adv Gro Op was not owned in 2013 (see 2013 Annual Report dated 05/12/2014).
Part VII, Franklin-Templeton-Age Based Growth Asset Allocation 13-16 has been reported at Line 53.

Paragraph 6: Part VII, Arizona Bank & Trust has been reported at Line 54.
Part VII, Health Savings Account has been reported at line 55.

Part VII, Line 19, RBC Dain Rauscher Cash and Money Market Fund was closed and transferred to Templeton Fund Select Shares, Line 20.

Part VII, Line 39, Aviva Life and Annuity Company was purchased by Athene.

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 06/19/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544